**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Fuzhou Minhou FanShiLiu Trading Co., Ltd., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:25-cv-11413 |
| v. | ) ) | Judge Elaine E. Bucklo |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) ) ) ) | Magistrate Judge Albert Berry, III |
| Defendants. | ) | |

**Plaintiff's Motion for Leave to File Under Seal**

**NOW COMES** Fuzhou Minhou FanShiLiu Trading Co., Ltd. ("Plaintiff"), by and through Plaintiff's undersigned counsel, hereby requests leave to file the following documents under seal: (i) Declaration of Owner in Support of Motion for TRO and Expedited Discovery (Dkt.8); (ii) Declaration of Owner (Dkt.10); (iii) Exhibits of Declaration of Owner (Dkt.11).

In this action, Plaintiff is requesting temporary *ex parte* relief based on an action for trademark infringement. Sealing these portions of the file is necessary, at the very outset of the case, to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings - including the identity of the Plaintiff's trademark, or Plaintiff himself (who can be immediately searched via USPTO to the same effect) prematurely, such as from sellerdefense.cn or other court monitoring services, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief. Once the temporary

restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal the above documents.

Date: September 24, 2025

                                                Respectfully submitted,

/s/Zhiwei Hua
1360 Valley Vista Dr, Suite 140,
Diamond Bar CA 91765
Bar No. 6099105
huazhiwei@concordsage.com
Phone: (216)3923236

ATTORNEY FOR PLAINTIFF